**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and <br> INTELLECTUAL VENTURES II LLC, <br> <br> *Plaintiffs*, <br> <br> v. <br> <br> AMERICAN AIRLINES, INC. <br> <br> *Defendant*. | ) <br> ) <br> ) Civil Action No. 25-cv-576 <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## JURY DEMAND

Plaintiffs Intellectual Ventures I LLC and Intellectual Ventures II LLC demand trial by jury on all claims and issues so triable pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

Dated: May 30, 2025                              Respectfully submitted,

                                                 By: */s/ Jonathan K. Waldrop*
                                                     Jonathan K. Waldrop (CA Bar No. 297903)
                                                     (Admitted in this District)
                                                     jwaldrop@kasowitz.com
                                                     Darcy L. Jones (CA Bar No. 309474)
                                                     (Admitted in this District)
                                                     djones@kasowitz.com
                                                     Marcus A. Barber (CA Bar No. 307361)
                                                     (Admitted in this District)
                                                     mbarber@kasowitz.com
                                                     John W. Downing (CA Bar No. 252850)
                                                     (Admitted in this District)
                                                     jdowning@kasowitz.com
                                                     Heather S. Kim (CA Bar No. 277686)
                                                     (Admitted in this District)
                                                     hkim@kasowitz.com
                                                     ThucMinh Nguyen (CA Bar No. 304382)
                                                     (Admitted in this District)
                                                     tnguyen@kasowitz.com
                                                     **KASOWITZ BENSON TORRES LLP**
                                                     333 Twin Dolphin Drive, Suite 200
                                                     Redwood Shores, California 94065
                                                     Telephone: (650) 453-5170
                                                     Facsimile: (650) 453-5171

                                                     Allen F. Gardner (TX Bar No. 24043679)
                                                     allen@allengardnerlaw.com
                                                     ALLEN GARDNER LAW, PLLC
                                                     609 S. Fannin
                                                     Tyler, Texas 75701
                                                     Telephone: (903) 944-7537
                                                     Facsimile: (903) 944-7856

                                                     **Attorneys for Plaintiffs**
                                                     **INTELLECTUAL VENTURES I LLC and**
                                                     **INTELLECTUAL VENTURES II LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served or delivered electronically to all counsel of record on this 30th day of May, 2025, via the Court's CM/ECF system.

                                                     */s/ Jonathan K. Waldrop*
                                                     Jonathan K. Waldrop