# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| INTELLECTUAL VENTURES I LLC and<br>INTELLECTUAL VENTURES II LLC,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    *Defendant*. | C.A. No. 25-cv-576<br><br>**ADDENDUM TO<br>REPORT ON THE FILING OR<br>DETERMINATION OF AN ACTION<br>REGARDING A PATENT OR<br>TRADEMARK**<br><br>**JURY TRIAL DEMANDED** |

| Patent or Trademark No. | Date of Patent Or Trademark | Holder of Patent or Trademark |
|---|---|---|
| 11,032,000 | 6/08/2021 | INTELLECTUAL VENTURES II LLC |
| 10,103,845 | 10/16/2018 | INTELLECTUAL VENTURES I LLC |
| | | |
| | | |
| | | |